# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROGER D. SHERRON**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #081943**

v.　　　　　　　　　　**CASE NO. 4:23-CV-00600 JM**

**DOE**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff Roger D. Sherron motion to voluntarily dismiss (Doc. 3) is GRANTED. This case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE